UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIMONA SEABERRY BARNES )<br>        Plaintiff, )<br>         )<br>v.          )<br>         )<br>LELAND C. DUDEK, )<br>Acting Commissioner of Social Security )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:24-CV-74-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 5, 2025, it is ordered that defendant pay to plaintiff $5,757.50, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $405.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on May 5, 2025, and Copies To:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)

May 5, 2025                        PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk